38333.   ALEXANDER, by Next Friend v. EMPLOYERS MUTUAL LIABILITY INSURANCE COMPANY *et al.*

CARLISLE, Judge. Where the facts adduced upon the hearing before the single director of the State Board of Workmen's Compensation show that the claimant was a minor natural child of the deceased employee who was killed as the result of an injury arising out of and in the course of his employment; that the claimant's mother and father had been divorced and the mother remarried; and, that the claimant had been legally adopted by his mother's second husband and wholly supported by him, under the ruling in *New Amsterdam Casualty Co. v. Freeland,* 216 Ga. 492, such claimant was not entitled to recover compensation as a dependent of the deceased employee, and the judge of the superior court did not err in reversing the award of the single director granting compensation.

*Judgment affirmed. Townsend, P. J., Frankum and Jordan, JJ., concur.*

DECIDED NOVEMBER 30, 1960.

*Greene, Neely, Buckley & DeRieux, Grace W. Thomas, Burt DeRieux,* for plaintiff in error.

*Smith, Swift, Currie, McGhee & Hancock, E. B. Shaw,* contra.